DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ARCHIE LONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D2023-2646

_____

May 29, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.